**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00352-CV**
_____

**BLACKFIN PIPELINE, LLC, Appellant**

**V.**

**BARTHOLET PROPERTIES, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-07-11774**

**MEMORANDUM OPINION**

Appellant Blackfin Pipeline, LLC, and Appellee Bartholet Properties, LLC, filed a joint motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2026
Opinion Delivered March 19, 2026
Before Golemon, C.J., Wright and Chambers, JJ.

1
